IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| NATHAN LYONS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 13 CV 5373 |
| ) | |
| CITY OF LOCKPORT, a municipal corporation; ) | |
| JOHN DOE LOCKPORT OFFICERS, City of ) | Honorable Judge James B. Zagel |
| Lockport Police Officers; COUNTY OF WILL, ) | |
| A municipal corporation; WILL COUNTY ) | |
| SHERIFF PAUL KAUPAS, JOHN DOE ) | Magistrate Judge Susan Cox |
| SHERIFF'S OFFICER, a Will County Sheriff's ) | |
| Officer, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**STIPULATION TO DISMISS**

IT IS HEREBY stipulated and agreed by and between the parties, through their counsel, that pursuant to Fed. R. Civ. Proc. 41 this cause should be dismissed with prejudice with each party bearing its own attorney's fees and costs.

Respectfully submitted,

/s/ Richard J. Dvorak
*Counsel for the Plaintiff*

/s/ Dominick L. Lanzito
*Counsel for* WILL COUNTY SHERIFF
PAUL KAUPAS and COUNTY OF WILL

Richard J. Dvorak
Law Offices of Richard Dvorak
18W140 Butterfield Road
15th Floor
Oak Brook Terrace, IL 60181
*Counsel for the Plaintiff*

Dominick L. Lanzito
Peterson, Johnson & Murray Chicago LLC
233 W. Wacker Dr. – Flr. 84
Chicago, Illinois 60606
(312) 782-7150

/s/ Eric A. Krumdick
*Counsel for* CITY OF LOCKPORT
and JOHN DOE LOCKPORT OFFICERS

Eric A. Krumdick
Maisel & Associates
161 N. Clark St.
Suite 800
Chicago, IL 60601

**CERTIFICATE OF SERVICE**

       I, Richard Dvorak, an attorney, hereby certify that on November 6, 2013, I caused the foregoing Stipulation to Dismiss to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

/s/ Richard J. Dvorak
Richard J. Dvorak
Law Offices of Richard Dvorak
18W140 Butterfield Road
15th Floor
Oak Brook Terrace, IL 60181
*Counsel for the Plaintiff*